

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60139-CIV-MORENO

RODERICK MOSS,

    Petitioner,

vs.

STATE OF FLORIDA,

    Respondents.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus (**D.E. No. 1**), filed on **January 27, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 4**) on **February 4, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 4**) on **February 4, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that:

    (1)    the Petition for Writ of Habeas Corpus is DISMISSED as barred by the statute of

limitations.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of February, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record